**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS LABOR MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC.,  )<br><br>Defendants.  ) | Case No. 1:10-cv-10534<br><br>ECF Case |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of defendants in the above matter.

                Respectfully Submitted,

                /s/  Jeffrey B. Rudman
                Jeffrey B. Rudman (BBO # 433380)
                WILMER CUTLER PICKERING HALE AND DORR LLP
                60 State Street
                Boston, Massachusetts 02109
                jeffrey.rudman@wilmerhale.com
                Tel: (617) 526-6000
                Fax: (617-526-5000

Dated:  April 9, 2010

**CERTIFICATE OF SERVICE**

    I, Jeffrey B. Rudman, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on April 9, 2010.

    /s/  Jeffrey B. Rudman
Jeffrey B. Rudman (BBO # 433380)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
jeffrey.rudman@wilmerhale.com
Tel: (617) 526-6000
Fax: (617-526-5000
Jeffrey.Rudman@wilmerhale.com