IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS LABOR MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. 1:10-cv-10534-RBC |
| | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT STATE STREET GLOBAL ADVISORS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant State Street Global

Advisors, Inc. states that it is a wholly owned subsidiary of State Street Corporation.  State Street

Corporation has no parent corporation and no publicly held corporation owns 10% or more of its

stock.

Respectfully submitted,
State Street Corporation

By its attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO # 433380)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617-526-5000

E-mail: jeffrey.rudman@wilmerhale.com

Lori A. Martin (*pro hac vice admission pending*)
Dawn M. Wilson (*pro hac vice admission pending*)
Brad Konstandt (*pro hac vice admission pending*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888
E-mail: lori.martin@wilmerhale.com

Dated:  April 9, 2010

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rudman, hereby certify that this statement filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on April 9, 2010.

_/s/___Jeffrey B. Rudman_____

Jeffrey B. Rudman (BBO # 433380)

WILMER CUTLER PICKERING HALE AND DORR LLP

60 State Street

Boston, Massachusetts 02109

Tel: (617) 526-6000

Fax: (617-526-5000

Jeffrey.Rudman@wilmerhale.com