UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS LABOR MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC.,<br><br>Defendants. | No. 1:10-cv-10534-RGS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Alan L. Kovacs as attorney for Plaintiff, The Board of Trustees of the Carpenters Labor Management Pension Fund, in the above captioned action.

Respectfully submitted,

Dated: April 27, 2010

/s/ Alan L. Kovacs
Alan L. Kovacs (BBO# 278240)
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon St., Suite 106
Boston, MA 02135
Tel: (617) 964-1177
Fax:(617) 332-1223

CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List.

              /s/ Alan L. Kovacs